**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

| | |
|---|---|
| **LEROY COMPTON, JR** | **CASE NO. 26-cv-1838** |
| **-vs-** | **JUDGE DRELL** |
| **GWENDOLYN WOODS, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

---

## JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No.24) of the Magistrate Judge, previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Complaint (ECF. No. 1), First and Second Supplemental Damages Allegations (ECF Nos. 9 & 14), and Emergency Motion Petition (ECF No. 15) are **DENIED AND DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** That the Comprehensive Amended Complaint (ECF No. 26) is deemed the operative complaint in this matter.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this 9th day of November 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT